IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**COBY TOWNSEND HURST**                                                **PLAINTIFF**

v.                              Case No. 5:14-CV-05270

**CASSIDY HOUSTON HURST**                                              **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 8) of the Honorable Erin L. Setser, Magistrate Judge for the Western District of Arkansas. Plaintiff has also filed an Objection (Doc. 9), which has triggered the Court's *de novo* review. Even attempting to construe the Objection in the light most favorable to Plaintiff, the Court finds it to be nonsensical. Importantly, nowhere in the Objection does Plaintiff address the Magistrate's conclusion that the Complaint fails to state a basis for federal subject matter jurisdiction.

The Report and Recommendation (Doc. 8) is therefore **ADOPTED IN ITS ENTIRETY**. The Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 7th day of October, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE